UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*UNITED STATES V. TYRONE CRADLE*

## PETITION FOR WRIT OF HABEAS CORPUS

**(X) Ad Prosequendum**                    ( ) Ad Testificandum

1. Tyrone Cradle, DOB: 03/031996, FBI: TDTAHPPAW (hereinafter the "Detainee") is now confined at the Essex County Jail in Essex County, New Jersey.

2. The Detainee is

   charged in this District by: ( ) Indictment   (X) Information   ( ) Complaint
   with a violation of 21 U.S.C. §§ 841, 846.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **March 13, 2024, at 3:00 p.m.**, for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   March 6, 2024

Olta Bejleri
Assistant U.S. Attorney
Petitioner

**O R D E R**

Let the Writ Issue.

DATED: March 6, 2024

_____
Hon. Susan D. Wigenton, U.S.D.J.

**W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

    Tyrone Cradle, DOB: 03/031996, FBI: TDTAHPPAW

in the custody of the Essex County Jail be brought at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **March 13, 2024, at 3:00 p.m.**, for a sentencing hearing in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Susan D. Wigenton
    United States District Judge
    Newark, New Jersey.

DATED: March 6, 2024

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: s/Carmen D. Soto
      Deputy Clerk